UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

Case No. 09-20118

HON. GEORGE CARAM STEEH

BRUCE JARRARD,

        Defendant.
_____/

ORDER DENYING AS MOOT DEFENDANT'S MOTION
FOR DISCLOSURE OF BRADY MATERIALS AND GRANTING MOTION
FOR LEAVE TO FILE ADDITIONAL MOTIONS [DOC. # 12, 13]

    Defendant Bruce Jarrard has moved for an order requiring the government to turn over evidence in its possession that is favorable to defendant and material to guilt or punishment under Brady v. Maryland, 373 U.S. 83 (1963) and its progeny. The government has assured defendant and the Court that it will make available all exculpatory and impeachment evidence that must be disclosed under Brady, and to the extent any new exculpatory evidence becomes available, the government will make it available to defense counsel. As such, defendant's motion to order disclosure of Brady materials hereby is DENIED AS MOOT.

    In addition, defendant has moved for leave to file additional motions, if necessary, after reviewing discovery documents. Defendant will have thirty (30) days from the entry of this order to file additional pretrial motions (due June 8, 2009). The scheduled plea cut-off hearing and trial dates are adjourned without date.

It is so ordered.


Dated:  May 6, 2009

                                             S/George Caram Steeh
                                             GEORGE CARAM STEEH
                                             UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
May 6, 2009, by electronic and/or ordinary mail.

S/Marcia Beauchemin
Deputy Clerk